IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ALEXANDER LANZ, <br> ALYSSA GREENE, <br> SHANAYA DESSIN, and <br> VINCENT LEIJA, individually and on behalf of a class of similarly situated individuals, <br><br> Plaintiffs, <br><br> v. <br><br> LHNH LA VISTA, LLC, <br> LHNH LA VISTA TIC II LLC, <br> LHNH LA VISTA TIC III LLC, <br> SILVERPOINT MANAGEMENT, LLC, <br> and AVENIUM GROUP, LLC, <br><br> Defendants. | Case No. 1:23-cv-05344-LMM |

_____

**DEFENDANTS' MOTION TO EXTEND TIME TO FILE RESPONSIVE PLEADING TO PLAINTIFFS' CLASS ACTION COMPLAINT**

Defendants have filed a Motion to Strike Allegations in Plaintiffs' Class Action Complaint [Doc. 14] ("Motion to Strike") seeking to strike over thirty-one allegations contained in Plaintiffs' Class Action Complaint [Doc. 1] ("Complaint"). Defendants believe Rule 12(a)(4)(A) of the Federal Rules of Civil Procedure gives

1

Defendants 14 days after the Court rules on their Motion to Strike to file their responsive pleading to the Complaint. However, in an abundance of caution, Defendants hereby move this Court, pursuant to Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, for entry of an Order extending the time for Defendants to file a responsive pleading to the Complaint until 14 days after the Court's ruling on the Motion to Strike. A proposed Order is filed herewith.

Respectfully submitted this 13th day of December, 2023.

**JONES CORK, LLP**

/s/ *R. Matt Shoemaker*
R. Matt Shoemaker
Georgia Bar No. 339367
Truist Bank Building
435 Second Street, Fifth Floor
P. O. Box 6437
Macon, Georgia 31208-6437
(478) 745-2821
(478) 743-9609 (facsimile)
matt.shoemaker@jonescork.com
*Attorney for Defendants*

## **7.1 CERTIFICATE OF COMPLIANCE**

I hereby certify that this document was prepared in Times New Roman font, 14 point, and complies with Local Rules 5.1(C) and 7.1(D), ND Ga.

This 13th day of December, 2023.

                                    **JONES CORK, LLP**

                                    /s/ *R. Matt Shoemaker*
                                    R. Matt Shoemaker
                                    Georgia Bar No. 339367
                                    Truist Bank Building
                                    435 Second Street, Fifth Floor
                                    P. O. Box 6437
                                    Macon, Georgia 31208-6437
                                    (478) 745-2821
                                    (478) 743-9609 (facsimile)
                                    matt.shoemaker@jonescork.com
                                    *Attorney for Defendants*

## **CERTIFICATE OF SERVICE**

I hereby certify that I have this day filed a copy of the foregoing with the Clerk of Court using the CM/ECF system, which will automatically send notification of such filing to all counsel of record and parties in interest.

This <u>13th</u> day of December, 2023.

                                                **JONES CORK, LLP**

                                                <u>/s/ R. Matt Shoemaker</u>
                                                R. Matt Shoemaker
                                                Georgia Bar No. 339367
                                                Truist Bank Building
                                                435 Second Street, Fifth Floor
                                                P. O. Box 6437
                                                Macon, Georgia 31208-6437
                                                (478) 745-2821
                                                (478) 743-9609 (facsimile)
                                                matt.shoemaker@jonescork.com
                                                *Attorney for Defendants*